**WEIDE & MILLER, LTD.**
F. Christopher Austin (Nevada Bar No. 6559)
10655 Park Run Drive, Suite 100
Las Vegas, Nevada 89144
Tel: (702) 382-4804
Fax: (702) 382-4805
Email: *caustin@weidemiller.com*

**LEX TECNICA, LTD**
Samuel Castor, (NVB 11532)
Erven T. Nelson, Esq.(NVB 2332)
Scott Whitworth, Esq.(NVB 15671)
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
(725) 239-8413
*sam@lextecnica.com*
*erv@lextecnica.com*
*scott@lextecnica.com*

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AFTER SERVICES, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>  vs.<br><br>FOUNDATION PARTNERS GROUP, LLC, a Florida limited liability company, and DOES I-X, inclusive,<br><br>                    Defendants. | Case No. 2:24-cv-01207-JCM-BNW<br><br>**STIPULATION AND ORDER VOLUNTARILY DISMISSING COUNTS 1, 3, 5, 7, 8, 9, AND 10 OF THE COMPLAINT AND ALL DOE DEFENDANTS, WITHOUT PREJUDICE, AND WITHOUT AN AWARD OF ATTORNEYS' FEES OR COSTS TO ANY PARTY, AND AMENDING CASE CAPTION** |

Pursuant to Rule 41(a)(1)(A)(i) and (ii) of the Federal Rules of Civil Procedure, and the Court's Scheduling Order (ECF No. 31), Plaintiff After Services, Inc. ("Plaintiff") and Defendant Foundation Partners Group, LLC ("Defendant"), hereby agree and stipulate to the entry of an Order voluntarily dismissing the following Counts of the Complaint (ECF No. 1), without prejudice, and without an award of attorneys' fees or costs made to any party:

/ / /

/ / /

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

1

1. • Count 1 (violation of Lanham Act 15 U.S.C. §§ 1051 et seq.),[1]
2. • Count 3 (Trademark Dilution Pursuant to 15 U.S.C. § 1125(c)),
3. • Count 5 (Intentional Interference with Prospective Economic Advantage),
4. • Count 7 (Deceptive Trade Pursuant to NRS Chapter 598),
5. • Count 8 (Cybersquatting Pursuant to 15 U.S.C. §1125(d)),
6. • Count 9 (Trademark Registration Cancellation Pursuant to 15 U.S.C. § 1064), and
8. • Count 10 (Declaratory Relief Pursuant to 28 U.S.C § 2201)).

The Partis stipulate to this voluntary dismissal in accordance with the Court's Scheduling Order (ECF No. 31), and for the purpose of narrowing the issues to be tried and to forgo the filing of motions to dismiss and/or for summary judgment on the remaining Counts of the Complaint, each of which shall proceed expeditiously to trial on the merits, *i.e.* Count 2 (Trademark Infringement Pursuant to 15 U.S.C. § 1114); Count 4 (Common Law Trademark Infringement); and Count 6 (Unfair Competition Pursuant to 15 U.S.C. § 1125(a).

The parties hereby further agree and stipulate to voluntarily dismiss all "DOE" defendants including, without limitation, DOES I-X inclusive, without prejudice, and without an award of attorneys' fees or costs made to any party, and to amend the case caption to reflect the dismissal of such defendants.

There is good cause, therefore, for the requested voluntary dismissals.

**IT IS SO AGREED AND STIPULATED:**

| HOWARD & HOWARD ATTORNEYS PLLC | WEIDE & MILLER, LTD. |
|---|---|
| By:/s/ Jonathan W. Fountain<br>W. West Allen, Esq.<br>Nevada Bar No. 5566<br>Jonathan W. Fountain, Esq.<br>Nevada Bar No. 10351<br>3800 Howard Hughes Parkway, Ste. 1000<br>Las Vegas, NV 89169<br>Tel. (702) 257-1483<br>Email: wwa@h2law.com | By: /s/ F. Christopher Austin<br>F. Christopher Austin, Esq.<br>Nevada Bar No. 6559<br>10655 Park Run Drive, Suite 100<br>Las Vegas, NV 89144<br>Tel. (702) 382-4804<br>Email: caustin@weidemiller.com<br><br>LEX TECNICA, LTD. |

---

[1] This Count shall be dismissed only to the extent it is duplicative of Counts 2, 3, 6, and/or 8.

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

2

Email: jwf@h2law.com

CARLTON FIELDS

Eleanor M. Yost, Esq.
Admitted pro hac vice
4221 W. Boy Scout Blvd., Suite 1000
Tampa, FL 33607
Tel. (813) 229-4395
Email: eyost@carltonfields.com

Joan K. Archer, Esq.
Admitted pro hac vice
2029 Century Park East, Suite 1200
Los Angeles, CA 90067
Tel. (310) 843-6367
Email: jarcher@carltonfields.com

*Attorneys for Defendant
Foundation Partners Group, LLC*

Samuel Castor, Esq.
Nevada Bar No. 11532
Erven T. Nelson, Esq.
Nevada Bar No. 2332
Scott Whitworth, Esq.
Nevada Bar No. 15671
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
Tel. (725) 239-8413
Email: sam@lextecnica.com
Email: erv@lextecnica.com
Email: scott@lextectica.com

*Attorneys for Plaintiff
After Services, Inc.*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: October 7, 2024

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

3