W. West Allen, Esq.
Nevada Bar No. 5566
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Tel. (702) 257-1483
Email: wwa@h2law.com
Email: jwf@h2law.com

Eleanor M. Yost, Esq.
Mac R. McCoy, Esq.
CARLTON FIELDS
4221 W. Boy Scout Blvd., Suite 1000
Tampa, FL 33607
Tel. (813) 229-4395
Email: eyost@carltonfields.com
Email: mmccoy@carltonfields.com

Joan K. Archer, Esq.
CARLTON FIELDS
2029 Century Park East, Suite 1200
Los Angeles, CA 90067
Tel. (310) 843-6367
Email: jarcher@carltonfields.com

Morgan A. Klein, Esq.
CARLTON FIELDS
Chrysler Building
405 Lexington Avenue, 36th Floor
New York, New York 10174
Tel. (212) 785-2577
Email: mklein@carltonfields.com

*Attorneys for Defendant*
*Foundation Partners Group, LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| AFTER SERVICES, INC., a Delaware corporation,<br><br>                 Plaintiff,<br>         vs.<br><br>FOUNDATION PARTNERS GROUP, LLC, a Florida limited liability company, and DOES I-X, inclusive,<br><br>                 Defendants. | Case No. 2:24-cv-01207-JCM-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE JANUARY 13, 2025, DISCOVERY CONFERENCE** |

1

4905-6224-4110, v. 2

Plaintiff After Services, Inc. ("Plaintiff") and Defendant Foundation Partners Group, LLC ("Defendant"), by and through their respective counsel, hereby agree and stipulate as follows:

1. This is a trademark dispute being litigated on an expedited basis, where the parties have agreed to forego dispositive motions, with trial anticipated to occur in the late Summer of this year.

2. In light of the expedited nature of this action, and in anticipation of the need to resolve discovery disputes as efficiently as possible, the parties' Discovery Plan and Scheduling Order states the following: "The parties agree, pursuant to LR 26-1(c), that, before moving for an order relating to discovery, the movant shall request a conference with the assigned magistrate judge." (ECF No. 31 at 4, ll. 19-21.)

3. The parties have been diligently engaged in serving and responding to written discovery requests, on an expedited basis, including interrogatories, requests for the production of documents, and requests for admissions. However, the parties have each identified several disputes and aeras of disagreement regarding their respective discovery responses and document productions.

4. On December 19, 2024, the Court entered a Minute Order setting an in-person Discovery Conference to occur on January 13, 2025, at 10:00 a.m. Since that time, the parties have engaged in multiple meet-and-confer sessions, with some success, and have continued to work on resolving the discovery issues that remain outstanding.

5. In light of the parties' ongoing efforts to resolve their discovery disputes without court intervention, the parties now seek and agree to adjourn the January 13, 2025, Discovery Conference and request that the Court enter an order setting a follow-up Discovery Conference to occur via videoconference on January 28, 2025, or as soon thereafter as the Court's schedule permits.

**IT IS SO AGREED AND STIPULATED:**

By: /s/ Jonathan W. Fountain
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
HOWARD & HOWARD ATTORNEYS, PLLC
3800 Howard Hughes Pkwy, Suite 1000

By: /s/ F. Christoper Austin
F. Christopher Austin, Esq.
Nevada Bar No. 6659
WEIDE & MILLER, LTD.
10655 Park Run Drive, Suite 100

2

4905-6224-4110, v. 2

| | |
|---|---|
| Las Vegas, NV 89169<br>Tel. (702) 257-1483<br>Email: jwf@h2law.com | Las Vegas, NV 89144<br>Tel. (702) 382-4804<br>Email: caustin@weidemiller.com |
| Eleanor M. Yost, Esq.<br>Mac R. McCoy, Esq.<br>CARLTON FIELDS<br>4221 W. Boy Scout Blvd., Suite 1000<br>Tampa, FL 33607<br>Tel. (813) 229-4395<br>Email: eyost@carltonfields.com<br>Email: mmccoy@carltonfields.com | Samuel Castor, Esq.<br>Nevada Bar No. 11532<br>Erven T. Nelson, Esq.<br>Nevada Bar No. 2332<br>Scott Whitworth, Esq.<br>Nevada Bar No. 15671<br>LEX TECNICA, LTD.<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145 |
| Joan K. Archer, Esq.<br>CARLTON FIELDS<br>2029 Century Park East, Suite 1200<br>Los Angeles, CA 90067<br>Tel. (310) 843-6367<br>Email: jarcher@carltonfields.com | Tel. (725) 239-8413<br>Email: sam@lextecnica.com<br>Email: erv@lextecnica.com<br>Email: scott@lextecnica.com<br><br>*Attorneys for Plaintiff*<br>*After Services, Inc.* |
| Morgan A. Klein, Esq.<br>CARLTON FIELDS<br>Chrysler Building<br>405 Lexington Avenue, 36th Floor<br>New York, New York 10174<br>Tel. (212) 785-2577<br>Email: mklein@carltonfields.com | |

*Attorneys for Defendant*
*Foundation Partners Group, LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 1/13/2025

3

4905-6224-4110, v. 2