W. West Allen, Esq.
Nevada Bar No. 5566
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Tel. (702) 257-1483
Email: wwa@h2law.com
Email: jwf@h2law.com

Eleanor M. Yost, Esq.
Admitted *pro hac vice*
Mac R. McCoy, Esq.
Admitted *pro hac vice*
CARLTON FIELDS, P.A.
4221 W. Boy Scout Blvd., Suite 1000
Tampa, FL 33607
Tel. (813) 229-4395
Email: eyost@carltonfields.com
Email: mmccoy@carltonfields.com

Joan K. Archer, Esq.
Admitted *pro hac vice*
CARLTON FIELDS, P.A.
2029 Century Park East, Suite 1200
Los Angeles, CA 90067
Tel. (310) 843-6367
Email: jarcher@carltonfields.com

Morgan A. Klein, Esq.
Admitted *pro hac vice*
CARLTON FIELDS, P.A.
405 Lexington Avenue, 36th Floor
New York, NY 10174
Tel. (212) 785-5203
Email: mklein@carltonfields.com

*Attorneys for Defendant*
*Foundation Partners Group, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| AFTER SERVICES, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>FOUNDATION PARTNERS GROUP, LLC, a Florida Limited Liability Company<br><br>　　　　　Defendant. | Case No. 2:24-cv-01207-JCM-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME**<br><br>(First Request) |

1

4937-2915-6651, v. 1

Plaintiff After Services, Inc. ("Plaintiff") and Defendant Foundation Partners Group, LLC ("Defendant") (together, the "Parties") hereby agree and stipulate as follows:

1. On Friday, March 14, 2025, Plaintiff filed a motion to compel. (ECF No. 74.)

2. Per the Court's Minute Order, dated February 24, 2025, responses to motions to compel are due four (4) days after the motion is filed and served and replies are due two (2) days after the response is filed and served. (ECF No. 64.)

3. To accommodate the Spring Break holiday and to allow additional time for Defendant's counsel to confer with Defendant, Defendant has requested, and Plaintiff has agreed, to provide Defendant a one (1) week extension of time for Defendant to file and serve its response to Plaintiff's pending motion to compel (ECF No. 74), from March 18, 2025 to March 25, 2025 on the condition that: (a) Defendant, solely for the purpose of attempting to reach a resolution of the present discovery dispute without court involvement, agrees in this instance to identify by Bates Number any documents Defendant alleges it has already produced that are responsive to the pending motion to compel, (b) Defendant agrees not to include a request for an award of attorneys' fees or costs in its response to the pending motion to compel; and (c) Plaintiff shall have up to and through Monday, March 31, 2025 to file and serve its reply in support of its motion to compel.

4. The parties agree that the Spring Break holiday and Defendant's counsels' need to confer with Defendant constitutes good cause for the requested extension of time.

5. This is the parties' first request for an extension of time with respect to Plaintiff's motion to compel (ECF No. 74).

**IT IS SO AGREED AND STIPULATED:**

By: /s/ Jonathan W. Fountain
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
HOWARD & HOWARD ATTORNEYS, PLLC
3800 Howard Hughes Pkwy, Suite 1000
Las Vegas, NV 89169
Tel. (702) 257-1483
Email: jwf@h2law.com

Eleanor M. Yost, Esq.
Mac R. McCoy, Esq.

By: /s/ F. Christopher Austin
F. Christopher Austin, Esq.
Nevada Bar No. 6559
Samuel Castor, Esq.
Nevada Bar No. 11532
Scott Whitworth, Esq.
Nevada Bar No. 15671
LEX TECNICA, LTD.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel. (725) 239-8413

2

| | |
|---|---|
| CARLTON FIELDS, P.A.<br>4221 W. Boy Scout Blvd., Suite 1000<br>Tampa, FL 33607<br>Tel. (813) 229-4395<br>Email: eyost@carltonfields.com<br>Email: mmccoy@carltonfields.com | Email: chris@lextecnica.com<br>Email: sam@lextecnica.com<br>Email: scott@lextecnica.com<br><br>*Attorneys for Plaintiff*<br>*After Services, Inc.* |

Joan K. Archer, Esq.
CARLTON FIELDS, P.A.
2029 Century Park East, Suite 1200
Los Angeles, CA 90067
Tel. (310) 843-6367
Email: jarcher@carltonfields.com

Morgan A. Klein, Esq.
CARLTON FIELDS, P.A.
Chrysler Building
405 Lexington Avenue, 36th Floor
New York, New York 10174
Tel. (212) 785-2577
Email: mklein@carltonfields.com

*Attorneys for Defendant*
*Foundation Partners Group, LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE


DATED: 3/19/2025

4937-2915-6651, v. 1