W. West Allen, Esq.
Nevada Bar No. 5566
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Tel. (702) 257-1483
Email: wwa@h2law.com
Email: jwf@h2law.com

Eleanor M. Yost, Esq.
Admitted *pro hac vice*
Mac R. McCoy, Esq.
Admitted *pro hac vice*
CARLTON FIELDS, P.A.
4221 W. Boy Scout Blvd., Suite 1000
Tampa, FL 33607
Tel. (813) 229-4395
Email: eyost@carltonfields.com
Email: mmccoy@carltonfields.com

Morgan A. Klein, Esq.
Admitted *pro hac vice*
CARLTON FIELDS, P.A.
405 Lexington Avenue, 36th Floor
New York, NY 10174
Tel. (212) 785-5203
Email: mklein@carltonfields.com

*Attorneys for Defendant*
*Foundation Partners Group, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| AFTER SERVICES, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>FOUNDATION PARTNERS GROUP, LLC, a Florida Limited Liability Company<br><br>    Defendant. | Case No. 2:24-cv-01207-JCM-BNW<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY PENDING SETTLEMENT**<br><br>**(First Request)** |

1

Plaintiff After Services, Inc. ("Plaintiff") and Defendant Foundation Partners Group, LLC ("Defendant") (together, the "Parties") hereby state as follows:

1. The Parties have reached an agreement to settle this case and filed a Stipulation and Proposed Final Judgment and Permanent Injunction by Consent on June 27, 2025 (ECF No. 98) (the "Proposed Final Judgment") that remains pending before the Court. In order to finalize their settlement, the Parties hereby agree and stipulate, and respectfully request the Court's permission, to stay discovery while the Court reviews the Parties' Proposed Final Judgment. In support of their joint request to stay, the Parties further state as follows:

2. "A court's power to stay proceedings is incidental to its inherent power to manage its docket." *Stephens v. Comenity, LLC*, 287 F. Supp. 3d 1091, 1096 (D. Nev. 2017) (citing *Landis v. N. Am. Co.*, 299 U.S. 248, 254-55, 57 S. Ct. 163, 81 L. Ed. 153 (1936)). "Proceedings may be stayed 'pending resolution of independent proceedings which bear upon the case.'" *Id*. at 1096-97 (citing *Leyva v. Certified Grocers of California, Ltd.*, 593 F.2d 857, 863 (9th Cir. 1979)). "In determining whether a stay is appropriate, a court 'must weigh competing interests and maintain an even balance.'" *Id*. at 1097 (citing *Landis*, 299 U.S. at 254-55); *see also Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1110 (9th Cir. 2005). "These competing interests include: (1) possible damage resulting from granting a stay; (2) hardship or inequity to a party if the proceedings go forward; and (3) simplification or complication of issues, proof and questions of law from a stay." *Id*. (citing *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962)).

3. In this case, the first factor favors the requested stay, as the Parties foresee little to no damage resulting from their request and substantial damage if the request is not granted. The Parties have finalized their settlement, but if the current schedule remains in place they will be required to complete fact and expert discovery in the next few weeks, which would entail taking certain fact depositions, the service of initial and rebuttal expert disclosures, and expert depositions.

4. The second factor also favors the requested stay, as, absent a stay, the Parties each face hardship from the continued burden and expense of this litigation, which has been substantial.

5. The third factor is neutral as the Parties do not believe the requested stay would

simplify or complicate the issues to be litigated or bear upon any issue of proof or law to be presented at trial.

**IT IS SO AGREED AND STIPULATED:**

By: /s/ Jonathan W. Fountain
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
HOWARD & HOWARD ATTORNEYS, PLLC
3800 Howard Hughes Pkwy, Suite 1000
Las Vegas, NV 89169
Tel. (702) 257-1483
Email: jwf@h2law.com

Eleanor M. Yost, Esq.
Mac R. McCoy, Esq.
CARLTON FIELDS, P.A.
4221 W. Boy Scout Blvd., Suite 1000
Tampa, FL 33607
Tel. (813) 229-4395
Email: eyost@carltonfields.com
Email: mmccoy@carltonfields.com

Morgan A. Klein, Esq.
CARLTON FIELDS, P.A.
Chrysler Building
405 Lexington Avenue, 36th Floor
New York, New York 10174
Tel. (212) 785-2577
Email: mklein@carltonfields.com

*Attorneys for Defendant*
*Foundation Partners Group, LLC*

By: /s/ Samuel Castor
F. Christopher Austin, Esq.
Nevada Bar No. 6559
Samuel Castor, Esq.
Nevada Bar No. 11532
Scott Whitworth, Esq.
Nevada Bar No. 15671
LEX TECNICA, LTD.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel. (725) 239-8413
Email: chris@lextecnica.com
Email: sam@lextecnica.com
Email: scott@lextecnica.com

*Attorneys for Plaintiff*
*After Services, Inc.*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISRATE JUDGE

DATED: 7/3/2025