W. West Allen, Esq.
Nevada Bar No. 5566
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Tel. (702) 257-1483
Email: wwa@h2law.com
Email: jwf@h2law.com

Eleanor M. Yost, Esq.
Admitted *pro hac vice*
Mac R. McCoy, Esq.
Admitted *pro hac vice*
CARLTON FIELDS, P.A.
4221 W. Boy Scout Blvd., Suite 1000
Tampa, FL 33607
Tel. (813) 229-4395
Email: eyost@carltonfields.com
Email: mmccoy@carltonfields.com

Morgan A. Klein, Esq.
Admitted *pro hac vice*
CARLTON FIELDS, P.A.
405 Lexington Avenue, 36th Floor
New York, NY 10174
Tel. (212) 785-5203
Email: mklein@carltonfields.com

*Attorneys for Defendant*
*Foundation Partners Group, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

|  |  |
|---|---|
| AFTER SERVICES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FOUNDATION PARTNERS GROUP, LLC, a Florida Limited Liability Company<br><br>Defendant. | Case No. 2:24-cv-01207-JCM-BNW<br><br>**STIPULATION AND FINAL JUDGMENT AND PERMANENT INJUNCTION BY CONSENT** |

Plaintiff After Services, Inc. ("Plaintiff") and Defendant Foundation Partners Group, LLC ("Defendant") (together, the "Parties") have reached a confidential agreement (the "Agreement") in settlement of the dispute between them regarding the Defendant's use of the AFTERALL and AFTER ALL brands (the "Accused Mark") and submit this stipulation seeking entry of this Final

Judgment and Permanent Injunction by Consent, based on the following Stipulated Findings of Facts and Conclusions of Law, which the Court hereby adopts for purposes of the entry of this Order.

**STIPULATED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

1.  On July 3, 2024, Plaintiff filed its Complaint in this action against Defendant asserting, among other things, claims for infringement of U.S. Trademark Reg. No. 7,089,530 for the mark AFTER for use in connection with cremation services (the "Asserted Mark").

2.  In this lawsuit, Plaintiff accused Defendant of using the Accused Mark, which Plaintiff claims is confusingly similar to the Asserted Mark, in violation of the Lanham Act, 15 U.S.C. §§ 1051, *et seq*. Plaintiff additionally accused Defendant of engaging in unfair competition in violation of 15 U.S.C. § 1125(a) by use of the Accused Mark in connection with its funeral services, alleging that such use constitutes a false designation of origin, a false or misleading description of fact, or a false or misleading representation of fact that is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendant with Plaintiff, or as to the origin, sponsorship, or approval of Defendant's services by Plaintiff.

3.  On October 4, 2024, the parties stipulated to the voluntary dismissal, without an award of attorneys' fees or costs made to any party, of Counts 1 (to the extent it is duplicative of Counts 2, 3, 6, and/or 8), 3, 5, 7, 8, 9, and 10. On October 7, 2024, the Court entered an Order (ECF No. 37) dismissing these Counts pursuant to Rule 41(a)(1)(A)(i) and (ii) of the Federal Rules of Civil Procedure.

4.  On October 4, 2024, Defendant filed its Answer in response to the Complaint (ECF No. 36). Defendant denied Plaintiff's allegations and denied all claims and liability for the alleged infringement and denied liability for all other claims asserted by Plaintiff.

**PLAINTIFF FACTS:**

5.  Plaintiff is a corporation organized and existing under the laws of the State of Delaware and maintains its principal place of business at 560 S 100 W., Suite 21, Provo, Utah 84601.

6.  Plaintiff is the owner of the Asserted Mark.

Doc ID: ff11d291503e9300...

7.      In addition to the Asserted Mark AFTER (U.S. Reg. No. 7089530) for cremation services, Plaintiff has also filed U.S. federal trademark applications for related AFTER marks, including but not limited to:

    a.  AFTER (U.S. Serial No. 98295985), filed December 2, 2023, for capsules of plastic or wood for containing cremation remains or memorabilia; cremation urns; funerary urns; picture frames.

    b.  AFTER (U.S. Serial No. 98295991), filed December 2, 2023, for memorial jewelry.

    c.  AFTER (U.S. Serial No. 98306677), filed December 9, 2023, for printed guest books for funerals and celebration of life ceremonies.

    d.  AFTER (U.S. Serial No. 98306682), filed December 9, 2023, for estate planning; estate trust planning; financial services, including estate settlement services; life insurance settlement services; pre-paid funeral expense services.

    e.  AFTER (U.S. Serial No. 98306688), filed December 9, 2023, for capsules of crystal, china, terra cotta, earthenware, glass, and porcelain for containing cremation remains or memorabilia.

    f.  AFTER (U.S. Serial No. 98306692), filed December 9, 2023, for capsules of metal for containing cremation remains or memorabilia.

    g.  AFTER (U.S. Serial No. 98306695), filed December 9, 2023, for memorial plaques of stone.

    h.  AFTER (U.S. Serial No. 98306705), filed December 9, 2023, for providing personal obituary and memorial service information, with a first use date of December 15, 2020 (collectively, the "After Marks").

3

8.     Plaintiff After's brand is known in the deathcare industry and has been mentioned in several news articles, including The New York Times, Phoenix Business Journal, and Utah VC attached herewith (*see* Exhibits 1-7).

9.     Plaintiff has expended millions advertising and promoting the AFTER Marks on its website, via social media, and other digital and printed materials, including <after.com> and its social media pages @Afterdotcom on X, and Facebook attached herewith (*see* Exhibits 8-9).

**DEFENDANT FACTS:**

10.     Defendant is a limited liability company duly organized and existing under the laws of Delaware and maintains its principal place of business at 369 N. New York Ave., Suite 300, Winter Park, Florida 32789.

11.     Defendant's trademark registration and applications include:

    a.  AFTER ALL (U.S. Serial No. 98041290) (U.S. Registration Number 7478632), filed June 13, 2023, for "Providing a website featuring online non-downloadable publications in the field of funerals and the funeral service industry, cremation and burial, end-of-life decisions, and grief."

    b.  AFTERALL (U.S. Serial No. 98041346), filed June 13, 2023, covering multiple classes.

    c.  AFTERALL (stylized) (U.S. Serial No. 98226815), filed October 17, 2023, covering multiple classes (collectively, the "FPG Marks").

**AUTHORITY AND JURISDICTION**:

12.     The Court has subject matter jurisdiction over Plaintiff's trademark infringement claims brought pursuant to the Lanham Act, and the After Marks and FPG Marks.

13.     This Court has personal jurisdiction over Defendant because Defendant operates an online commercial website at the domain <afterall.com>, that is accessible to residents of the State of Nevada, through which it provides certain services under the Accused Mark to consumers located in the State of Nevada. By filing the lawsuit in this Court, Plaintiff has consented to the personal jurisdiction of this Court.

14.     Venue is proper in this district pursuant to 28 U.S.C. § 1391.

Doc ID: ff11d291503e9300

15.     The Parties hereby agree to the entry of this Order and finding of uncontested facts.

**PERMANENT INJUNCTION AND ORDER**

**NOW, THEREFORE**, upon consent of the Parties, and without adjudication of any other issue of fact or law, and without either Party admitting to any contested issues of fact or to liability for the violations alleged in the Complaint, the Parties' joint motion is **GRANTED** and based on the Parties' stipulation and agreement hereto, and pursuant to 15 U.S.C. § 1116(a), it is **ORDERED, ADJUDGED, and DECREED** as follows:

16.     Defendant has agreed, as part of the Agreement and to avoid further litigation and resolve the dispute regarding the Accused Mark, to the entry of this Order, and acknowledges the following, based upon which this Court makes the following findings of fact and conclusions of law:

    a.  Plaintiff's Asserted Mark, U.S. Reg. No. 7089530, is valid and enforceable and has priority over FPG's Marks.

    b.  Based on Plaintiff After's success and federal registration of the Asserted Mark, and continued use, the AFTER trademark has acquired distinctiveness and is recognized in the industry.

    c.  Plaintiff owns the exclusive right to use the Asserted Mark in connection with cremation services; and

    d.  Defendant's Accused Mark infringes the Asserted Mark.

    e.  Subject to the terms of the Agreement, Defendant is ordered to cease using the Accused Mark.

17.     Except as provided in the Agreement, as of the date the Court enters this Permanent Injunction, Defendant and its members, agents, representatives, employees, subsidiaries, affiliates, and all others in active concert or participation with them, are hereby **PERMANENTLY ENJOINED and RESTRAINED** from using the Accused Mark to promote, advertise, or market Defendant's products and services, in any method or form, including on <afterall.com> and FPG's social media channels in the United States.

Doc ID: ff11d291503e9300

18.     Defendant acknowledges that it has knowingly and voluntarily entered into this Permanent Injunction after reviewing the same with its counsel. Defendant understands the undertakings, obligations, and terms of this Permanent Injunction.

19.     This Permanent Injunction constitutes a Final Judgment.

20.     The terms of the Agreement and this Permanent Injunction will be binding on the parties and their affiliates, subsidiaries, officers, employees, and all persons acting in active concert or participation with Defendant.

21.     In all other respects, this action is hereby dismissed, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with each party bearing its own attorneys' fees, expenses, and costs in connection with this matter.

22.     This Court shall retain jurisdiction over this matter to enforce any violation of the Agreement and/or this Order.

**IT IS SO AGREED AND STIPULATED:**

By: _/s/ Jonathan W. Fountain_____
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
HOWARD & HOWARD ATTORNEYS, PLLC
3800 Howard Hughes Pkwy, Suite 1000
Las Vegas, NV 89169
Tel. (702) 257-1483
Email: jwf@h2law.com

Approved as to form and content by:

_/s/ Eleanor M. Yost_____
Eleanor M. Yost, Esq.
Mac R. McCoy, Esq.
CARLTON FIELDS, P.A.
4221 W. Boy Scout Blvd., Suite 1000
Tampa, FL 33607
Tel. (813) 229-4395
Email: eyost@carltonfields.com
Email: mmccoy@carltonfields.com

Morgan A. Klein, Esq.
CARLTON FIELDS, P.A.
Chrysler Building
405 Lexington Avenue, 36th Floor
New York, New York 10174
Tel. (212) 785-2577
Email: mklein@carltonfields.com

By: _/s/ Samuel Castor_____
Samuel Castor, Esq.
Nevada Bar No. 11532
F. Christopher Austin, Esq.
Nevada Bar No. 6559
Scott Whitworth, Esq.
Nevada Bar No. 15671
LEX TECNICA, LTD.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel. (725) 239-8413
Email: chris@lextecnica.com
Email: sam@lextecnica.com
Email: scott@lextecnica.com

*Attorneys for Plaintiff*
*After Services, Inc.*

Doc ID: ff11d291503e9300

*Attorneys for Defendant*
*Foundation Partners Group, LLC*

**IT IS SO ORDERED:**

James C. Mahan

UNITED STATES DISTRICT JUDGE

DATED: July 7, 2025

Doc ID: ff11d291503e9300

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# <u>EXHIBIT 1</u>

## Cremation Borrows a Page From the Direct-to-Consumer Playbook

**(https://www.nytimes.com/2022/02/03/business/cremation-startups-direct-to-consumer.html)**

# <u>EXHIBIT 1</u>

Case 2:24-cv-01207-JCM-BNW    Document 9821    Filed 07/27/25    Page 9 of 55

*The New York Times*    https://www.nytimes.com/2022/02/03/business/cremation-startups-direct-to-consumer.html

# Cremation Borrows a Page From the Direct-to-Consumer Playbook

With names like Solace, Tulip and Eirene, start-ups are hoping to make cremation the next big at-home purchase.

**By Michael Waters**

Feb. 3, 2022

Less than two hours after you book a cremation with Eirene, a start-up in Ontario, the company dispatches a mortuary transit driver to pick up your loved one. The body is ferried to a cold storage facility, where it stays until Eirene has processed the end-of-life paperwork. From there, one of Eirene's crematory partners will cremate the body, and a funeral director who works for Eirene will either drive the ashes to your door or send them via mail. All told, the process takes about one week.

It's the promise of direct-to-consumer brands like Casper, retrofitted for the death industry. Taking this approach to an industry as emotionally charged — and legally complex — as the death care business might sound far-fetched. But as the cremation rate balloons in North America, with that option expected to be taken in about 63 percent of deaths in the United States by 2025, investors are betting that the future of the business lies in e-commerce.

At the same time, millennials and Gen Xers are increasingly making end-of-life decisions for their parents, and some are expecting a process that approximates the ease of an online order. To reach them, new companies with names like Solace, Tulip, Smart Cremation, After Cremation, Eirene and Lumen are borrowing both the business models and the bright, sans-serif aesthetics of start-ups like Glossier and Allbirds — all in the hopes of making cremation the next big at-home purchase.

Case 2:24-cv-01207-JCM-EJY    Document 102-1    Filed 07/02/25    Page 10 of 55

That future, however, will require a stark reshaping of the funeral industry. Right now, a vanishingly small portion of funerals and cremations are arranged online. Most Americans turn to one of the country's 18,800 traditional funeral homes, and few of those even have an active website. A report from 2018 found that only 16 percent listed their full prices online (though the number has probably shifted during the pandemic). Online cremation start-ups may be a novelty in 2022, but as digitally native shoppers grow older in the coming decades, they might not stay that way.

"It's one of the industries that really hasn't changed in the past 100 years," said Mallory Greene, the founder of Eirene. "You're still going to walk in and make the arrangements, fill out a bunch of paperwork." For people who are grieving, she said, "it's obviously very burdensome and overwhelming."

Right now, "Gen X is who we're marketing to," she said, largely because Gen Xers arrange the bulk of funerals today. But she said millennials would make up an important demographic in the future: "As millennials start making arrangements, I think they will be heavier on the digital side."

Ms. Greene's father worked as a mortician in an independent funeral home in Toronto. Though she pursued a career in financial tech, she always knew she wanted to start her own company, and she couldn't get the thought of revamping the funeral industry out of her head. Ms. Greene started Eirene in 2019 with the goal of eliminating the stress and logistics from arranging a cremation.



Ms. Greene, a mortician's daughter, wants to use her background in financial tech to revamp the funeral industry. Nathan Cyprys for The New York Times

Around the same time, two former Nike executives founded Solace, backed by a modest $1.7 million in venture capital. Solace now operates in Seattle; Portland, Ore.; and several cities in Southern California. Also in 2019, a major operator of funeral homes, Foundation Partners Group, bought the start-up Tulip Cremation, which today is active in eight states. It has deep pockets behind it: Foundation Partners Group's parent company is the private equity firm Access Holdings, which said last year that it was investing $150 million in improving the tech side of the funeral business. In October, After Cremation in Utah disclosed a $1 million funding round.

The pitch, to consumers and investors, boils down to convenience and price. The companies point to the growing number of Americans who live away from home as a target demographic.

"It wouldn't be that uncommon to see an older parent pass in Florida, for example, while their children live somewhere up in the Northeast," said Mike Doyle, Tulip's general manager. That doesn't mean people will automatically turn to an online start-up. Many families have visited the same funeral homes for generations, and it will take more than a little bit of inconvenience to get customers to sign up.

More persuasive to the average person might be the price. While a typical cremation costs a few thousand dollars, these start-ups advertise prices from roughly $800 to $1,000.

They contract with wholesale crematories, and the start-ups say they can pass on the savings. Plus, "with the right technology enabling a more efficient process, we can handle more cremations than a typical funeral home," said Keith Crawford, a co-founder and the chief executive of Solace.

Getting started has been slow. In December, Tulip completed its 20,000th cremation since its introduction in 2018. Solace would disclose only that its annual customer total is in the "four figures." Lumen, a small Nashville company, said it was approaching 300 cases since its introduction in April.

"From actual dollars and cents and how many people they're serving, it's still fairly small," said Suelin Chen, the chief executive and a co-founder of Cake, a website that helps people plan their end-of-life care. But "I think they have an outsized influence, she added.

They are also coming up against a more fundamental problem: Cremation doesn't lend itself well to e-commerce. Most of these start-ups are tech companies first. They build the website and back-end platform that lets people place an order, but they rely on vendors for everything else.

Operating as a tech overlay may work well for, say, a travel or hospitality start-up, but in the funeral business, it brings its own headaches. In almost every state, consumers can buy cremations only from a licensed funeral home. That means every one of these start-ups needs a brick-and-mortar shop in each state where it offers services. Eirene has a small office for regulatory reasons, but Ms. Greene said no customer had ever asked to visit it. Mr. Crawford said Solace had small offices in Seattle, Portland and Los Angeles that the funeral directors on his staff "work from occasionally," but most of his team is remote.

Other states have requirements so rigorous that it's hard to imagine this business would even be possible in them. Alabama, for instance, requires funeral homes to have a conference room, a display area with at least "eight different adult size caskets" and a viewing area that can hold at least 100 people.

"Nearly all states have licensure requirements that were established without contemplating this type of business model," said Mr. Doyle of Tulip. "As we continue to grow, there are certainly regulatory frictions that are slowing down the process a little bit."

Victoria J. Haneman, a law professor at Creighton University who studies the funeral business, said that "many of the state-by-state regulations are outdated and completely unnecessary." While consumers benefit from federal regulation around price disclosure, some of these state-level rules protect the companies already operating and create a disincentive for new operators, she said.

Tulip, for example, might be in the best position to make those economics work. Its parent company, Foundation Partners Group, already owns over 170 funeral homes, crematories and cemeteries across 22 states, and Tulip is using that infrastructure to serve its online customers. Unlike its competitors, it doesn't have to sink money into empty storefronts.

Smart Cremation, which has been active for over a decade, has the same perk: Its owner is NorthStar Memorial Group, a company with over 75 funeral home and cemetery locations.

Some old-school funeral homes have offered a version of this service for decades. Barbara Kemmis, the executive director of the Cremation Association of North America, recalled that when her brother died at a college in Wisconsin in the 1990s, the funeral director shipped his cremated remains to her parents in Texas.

But something new is happening. "There's no way of gathering statistics of how many urns are mailed, but anecdotally, from our members, we've heard a dramatic increase," Ms. Kemmis said.

In the United States, cremated remains are legally required to be shipped via the Postal Service, and in 2019, it introduced a postage system called Label 139 for handling them. The label was designed to increase the visibility of these shipments and the caution with which they are handled. It's not cheap — shipping with Label 139 can cost $100 or more — but it is effective.

Tulip said around 75 percent of its customers chose to have the cremated remains mailed to them. At Solace, the portion is closer to one-third, with the rest delivered by a licensed driver.

The pandemic accelerated the rise of e-commerce by years, according to some estimates, so the arrival of these companies fits a pattern. "If you look at every other industry, online models are just becoming the norm," said Ms. Greene, the founder of Eirene.

But in the funeral industry, even those small shifts feel momentous. "I think we're still far away from having an app where someone can make a funeral arrangement," she said. "I don't think we're there yet. But I do think that consumer needs are definitely changing."

A version of this article appears in print on , Section BU, Page 3 of the New York edition with the headline: Cremation Borrows the Direct-to-Consumer Playbook

# EXHIBIT 2

**After Cremation raises $1 million to blend
tech with death care**

**(https://www.bizjournals.com/phoenix/inno/stories/profiles/2021/10/28/aftercrem
ation-raises-1-million.html)**

# EXHIBIT 2

From the AZ Inno:
https://www.bizjournals.com/phoenix/inno/stories/profiles/2021/10/28/after-cremation-raises-1-million.html

SUBSCRIBER CONTENT:

Technology

# After Cremation raises $1 million to blend tech with death care



Image: kzenon

After Cremation Services is an online provider of direct cremations in Maricopa County.
PROVIDED BY KZENON



By Andy Blye – Reporter, Phoenix Business Journal
Oct 28, 2021

After Cremation Services, a startup based in Provo, Utah, recently raised $1 million in a pre-seed round to help the company scale up its direct cremation services and build out its online platform.

After is up and running, currently offering cremation services in Utah, but the company's first market was Maricopa County, where two of the company's co-founders call home.

Direct cremation is when a family directly coordinates the removal and cremation of a loved one. After is one of several direct cremation companies that aims to streamline, and remove costs from, the cremation process.

A standard cremation from After in Maricopa County, including the removal, cremation and return of the remains plus paperwork, costs $695. From death to return of the remains, the entire process is typically complete in under two weeks. A traditional funeral and burial typically costs thousands.

Jackson Buntrock, one of After's three co-founders, said they saw an opportunity after noticing a general lack of innovation in the funeral industry.

"There's a lot of innovation happening with what to do with your cremated remains or things like that, but as far as actually caring for the individuals and optimizing and making that process more efficient and better for families, we just didn't see a lot of innovation there and felt like we had a good opportunity," he said.

Bryce Bunker, a fellow After co-founder, has a more specific expertise that led him to the company.

"I'm a fourth generation funeral director. So I have lived and breathed the funeral space my entire life," Bunker said. "We as an industry kind of have this one size fits all approach which really didn't work well for consumers. So

as with every, I think good company, it starts with a problem that needs to be solved."

Bunker still works with his family's funeral home, Bunker Family Funerals & Cremation, which has two locations in Mesa, in addition to helping build After.

After was founded in November 2020 and officially started cremation services in January of this year.

## Raising capital

The $1 million pre-seed round was led by Ten13 Capital, a firm based in Queensland, Australia. Most of the funding will be used on marketing and content creation, which Buntrock said is designed to help After stand out from competitors.

"Having a lower cost option for cremation isn't necessarily a novel idea in and of itself, there are other low-cost cremation providers all throughout the United States," he said. "Our whole plan is to provide as much value to families and to customers as we can."

Specifically, After will make content around grief support (which they call Aftercare) to help people deal with losing a loved one by helping people settle their affairs, like closing credit card accounts or insurance policies.

After also plans on expanding into two new markets within the next six months – likely Las Vegas and Idaho – with the goal of operating in at least 20 markets in the next two years.

## Finding the target

Buntrock said the young company is still figuring out exactly who its target customers are, but so far the company has worked with people from a variety of ages and demographic groups.

He said most of After's customers are prearranging services and are in their late 50s and early 60s, slightly younger than the industry average. Buntrock, who oversees the prearranging side of the business, said they've had even younger customers as well; He said he recently spoke to a single woman in her 30s about setting up cremation services for herself.

"The ability to have somebody be able to do this online or over the phone or in 20 minutes or less, I think is really appealing to a younger demographic," he said.

Regardless of age, the After team understands that it works with people during a very sensitive time and that caring for the living is just as important as caring for the dead.

"That's what's so powerful about After is, I don't think that anybody in the affordable cremation space has really taken the time or had the resources to build out a platform to really make a significant difference in the life of those families that they're serving and caring for," Bunker said. "That's where the great opportunity is for us."

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 3

**After.com Raises $4M to Expand Funeral Insurance and Tech-enabled Cremation Business**

**(https://utah.vc/p/aftercom-raises-4m-to-expand-funeral)**

# EXHIBIT 3

# After.com Raises $4M to Expand Funeral Insurance and Tech-enabled Cremation Business

Oversubscribed Seed round was closed just 7 months after raising a $1M Pre-seed round.



**LUKE GUNDERSON**
FEB 02, 2023

PROVO, December 15th, 2022—**After.com**, the fastest growing cremation company in the U.S. and leading provider of end-of-life services, today announced the close of its series seed funding round of $4M. This new investment will further accelerate After.com's expansion into new markets nationwide. The latest round was led by Boulder-based Matchstick Ventures with participation from Revolution.com's ROTR Seed Fund, Sweater Venture, TEN13, Breaktrail Ventures and angel investors Aaron Skonnard and Chris North, among others.

After.com's internet-first experience helps families navigate end-of-life services without ever needing to step foot inside a funeral home. Instead, families are able to pre-plan or arrange cremation and funeral services onli in minutes, offering them simplicity when they need it most.

"After.com has built a fresh new approach to one of humanity's oldest and most universal problems—death," said Natty Zola, Partner at Matchstick Ventures. "Few industries are more in need of change than funerals, and no team is more uniquely qualified than After to lead that change. Their found

markets nationwide, as well as further invest in building new products and services that help families navigate all things end-of-life.

## About After.com

[After.com](#) is the new home for funerals. We help people pre-plan the funeral they want online in minutes, and we help grieving families get the care they deserve with affordable direct cremation and funeral services. Our internet first experience makes it easy for families to navigate all things end-of-life so they can stay focused on what matters—celebrating the life of their loved one.

## About Matchstick Ventures

At Matchstick Ventures ([matchstick.vc](#)), we're all about finding and backing the most innovative, ambitious, and diverse founders in the North and Rockies. We're on a mission to support the ideas and companies that have the potential to make a huge impact. And we don't just invest, we work closely with our founders to help them succeed. We're a catalyst for growth and we're proud to be a part of the thriving startup community in this region.

---

### Subscribe to Utah VC

By Luke Gunderson · Launched 3 years ago

Venture Capital in Utah

| Type your email... | Subscribe |

By subscribing, I agree to Substack's Terms of Use, and acknowledge its Information Collection Notice and Privacy Policy.



© 2025 Beehive Venture Partners 🐝 · <u>Privacy</u> · <u>Terms</u> · <u>Collection notice</u>
<u>Substack</u> is the home for great culture

1
2
3

# <u>EXHIBIT 4</u>

4
5
6
7
8
9
10
11
12
13

**After.com raises $10 million in Series A funding led byHIPstr, the early-stage investment arm of HighPostCapital, LLC**

**(https://www.utahbusiness.com/press-releases/2024/07/18/after-com-series-a-funding/)**

14
15
16
17
18
19
20
21
22
23
24
25
26

# <u>EXHIBIT 4</u>

27
28



Utah
Business

Press Release

# After.com raises $10 million in Series A funding led by HIPstr, the early-stage investment arm of HighPost Capital, LLC

By **Press Release** // July 18, 2024

Provo, UT — After.com, a world-class online platform that helps families navigate end-of-life services without ever needing to step foot inside a funeral home, today announced it has raised $10 million for its Series A funding round led by HIPstr, the early-stage investment arm of HighPost Capital, LLC ("HighPost"), a leading private investment firm focused on visionary companies at the forefront of consumer behavior and innovative product, service, media and technology sectors. After.com intends to use the proceeds to enter new markets, add talent throughout the organization, and further enhance its marketing efforts to support both the pre-need and at-need business segments.

Founded in 2020, After.com provides an internet-focused experience helping families to pre-plan or arrange cremation and funeral services in minutes with simple, affordable, and transparent pricing. The company's mission is to help shift the power to families experiencing the loss of a loved one while also saving them time, money, and energy to focus on what matters most. After.com currently

serves customers in Arizona, Southern California, Colorado, Oregon, Utah, and Washington.

According to Spherical Insights, the United States death care market size was valued at $27 billion in 2022, growing at a compound annual growth rate (CAGR) of 4.1% and is expected to reach $41 billion by 2032.

Report ad

"After.com was started with a simple premise: to provide families experiencing loss with the ability to focus on what matters most during their difficult moments—celebrating the life of a loved one," said Bryce Bunker, Co-Founder of After.com. "The current after life care industry is designed to add unnecessary costs, complexity, and stress, the exact opposite of what it should be. After.com's technology-enabled platform has been developed and refined to allow those who are grieving to have an affordable, transparent, and seamless experience. We are proud to be working with the team at HIPstr, who shares our vision for what is possible and brings significant strategic capital and deep expertise in scaling consumer-focused companies."

David Moross, Chairman and Chief Executive Officer of HighPost, said, "We are excited to make this investment with After.com, a business that operates with the utmost amount of respect and care for the families in its care while also saving them substantial time and money. We look forward to partnering with Bryce and the rest of his team to support the company's growth objectives."

**About HIPstr**

HIPstr is the early-stage investment arm of HighPost Capital, LLC, a private investment firm wholly owned by HighPost Capital focused on visionary companies at the forefront of consumer behavior and innovative product, service, media and technology sectors where it can hold proprietary insights. Leveraging its experienced team and disciplined approach, HIPstr seeks to partner with founders and entrepreneurs to provide robust financial and strategic guidance, strong consumer industry relationships, deep marketing experience, and the ability to help optimize logistics and supply chain, among other things. For more information, please visit https://www.highpost.com/hipstr/.

**About HighPost Capital**

HighPost Capital, LLC ("HighPost") is a private investment firm focused on visionary companies at the forefront of consumer behavior and innovative product, service, media and technology sectors. Founded by leading private equity fund investor and chief executive, David Moross, and successful marketing innovator, Mark Bezos, HighPost seeks to leverage the respective skills, network and experience of its principals to create long-term value for its portfolio

After.com Series A funding, HighPost Capital is overly subscribed Announced | Utah Business

companies. HighPost seeks to identify opportunities with family-controlled and entrepreneur-led companies that share a differentiated approach to value creation. For more information, please visit https://www.highpost.com.

**About After.com**
After.com is an online platform that helps families navigate end-of-life services without ever needing to step foot inside a funeral home. Founded in 2020, After.com provides an internet-focused experience helping families to pre-plan or arrange cremation and funeral services in minutes with simple, affordable, and transparent pricing. For more information, please visit https://www.after.com/

# Contacts

**Media**
Jonathan Gasthalter/Nathaniel Garnick

Gasthalter & Co.

+1 (212) 257-4170

Report ad



Highlighting the ideas, innovations and people behind Utah's
business success stories

Copyright © 2025 Utah Business. All Rights Reserved

About Us    •    Privacy Policy    •    Terms of Use    •    Cookie Settings

1
2
3

# **EXHIBIT 5**

4
5
6
7
8
9
10
11

**After.com raises $10 million in Series A funding led by HIPstr, the early-stage investment arm of HighPost Capital, LLC**

**(https://www.businesswire.com/news/home/20240717225665/en/After.com-Raises-%2410-Million-in-Series-A-Funding-Led-by-HIPstr-the-Early-Stage-Investment-Arm-of-HighPost-Capital-LLC)**

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

# **EXHIBIT 5**

28





Jul 18, 2024 8:30 AM Eastern Daylight Time

# After.com Raises $10 Million in Series A Funding Led by HIPstr, the Early-Stage Investment Arm of HighPost Capital, LLC

Share      

*Pioneering End-of-Life Technology Services Platform Will Use Proceeds to Enter into New Markets, Increase Marketing Efforts, and Further Build Team*

PROVO, Utah & WEST PALM BEACH, Fla.--(BUSINESS WIRE)-- After.com, a world-class online platform that helps families navigate end-of-life services without ever needing to step foot inside a funeral home, today announced it has raised $10 million for its Series A funding round led by HIPstr, the early-stage investment arm of HighPost Capital, LLC ("HighPost"), a leading private investment firm focused on visionary companies at the forefront of consumer behavior and innovative product, service, media and technology sectors. After.com intends to use the proceeds to enter new markets, add talent throughout the

organization, and further enhance its marketing efforts to support both the pre-need and at-need business segments.

Founded in 2020, After.com provides an internet-focused experience helping families to pre-plan or arrange cremation and funeral services in minutes with simple, affordable, and transparent pricing. The company's mission is to help shift the power to families experiencing the loss of a loved one while also saving them time, money, and energy to focus on what matters most. After.com currently serves customers in Arizona, Southern California, Colorado, Oregon, Utah, and Washington.

According to Spherical Insights, the United States death care market size was valued at $27 billion in 2022, growing at a compound annual growth rate (CAGR) of 4.1% and is expected to reach $41 billion by 2032.

"After.com was started with a simple premise: to provide families experiencing loss with the ability to focus on what matters most during their difficult moments—celebrating the life of a loved one," said Bryce Bunker, Co-Founder of After.com. "The current after life care industry is designed to add unnecessary costs, complexity, and stress, the exact opposite of what it should be. After.com's technology-enabled platform has been developed and refined to allow those who are grieving to have an affordable, transparent, and seamless experience. We are proud to be working with the team at HIPstr, who shares our vision for what is possible and brings significant strategic capital and deep expertise in scaling consumer-focused companies."

David Moross, Chairman and Chief Executive Officer of HighPost, said, "We are excited to make this investment with After.com, a

business that operates with the utmost amount of respect and care for the families in its care while also saving them substantial time and money. We look forward to partnering with Bryce and the rest of his team to support the company's growth objectives."

## About HIPstr

HIPstr is the early-stage investment arm of HighPost Capital, LLC, a private investment firm wholly owned by HighPost Capital focused on visionary companies at the forefront of consumer behavior and innovative product, service, media and technology sectors where it can hold proprietary insights. Leveraging its experienced team and disciplined approach, HIPstr seeks to partner with founders and entrepreneurs to provide robust financial and strategic guidance, strong consumer industry relationships, deep marketing experience, and the ability to help optimize logistics and supply chain, among other things. For more information, please visit https://www.highpost.com/hipstr/.

## About HighPost Capital

HighPost Capital, LLC ("HighPost") is a private investment firm focused on visionary companies at the forefront of consumer behavior and innovative product, service, media and technology sectors. Founded by leading private equity fund investor and chief executive, David Moross, and successful marketing innovator, Mark Bezos, HighPost seeks to leverage the respective skills, network and experience of its principals to create long-term value for its portfolio companies. HighPost seeks to identify opportunities with family-controlled and entrepreneur-led companies that share a differentiated approach to value creation. For more information, please visit https://www.highpost.com.

## About After.com

After.com is an online platform that helps families navigate end-of-life services without ever needing to step foot inside a funeral home. Founded in 2020, After.com provides an internet-focused experience helping families to pre-plan or arrange cremation and funeral services in minutes with simple, affordable, and transparent pricing. For more information, please visit https://www.after.com/

# Contacts

## Media

Jonathan Gasthalter/Nathaniel Garnick

Gasthalter & Co.

+1 (212) 257-4170

---

**Industry:**   Other Retail   Internet   Finance   Specialty
Professional Services   Technology   Online Retail   Retail

---

## HIGHPOST CAPITAL, LLC

---

## RELEASE VERSIONS

English

---

## CONTACTS

## Media

Jonathan Gasthalter/Nathaniel Garnick

Case 22-24 cv-01287-JGM-HNW   Document 198-5   Filed 07/02/25   Page 36 of 55

Gasthalter & Co.

+1 (212) 257-4170

# More News From HighPost Capital, LLC

🔊 Get RSS Feed

## HighPost Capital Makes Significant Investment in Equip Foods, Maker of Simple, Clean, and High-Quality Real Food Supplements and Food Products

WEST PALM BEACH, Fla.--(BUSINESS WIRE)--HighPost Capital, LLC ("HighPost"), a leading private investment firm focused on visionary companies at the forefront of consumer behavior and innovative product,...

## HighPost Capital Makes Significant Investment in Front Row Group

WEST PALM BEACH, Fla.--(BUSINESS WIRE)--HighPost Capital, LLC ("HighPost"), a leading private investment firm focused on the consumer, sports, media, and technology sectors, today announced it has made an...

# Pioneering Men's Skincare Brand Caldera + Lab Raises $6 Million in Series A Funding from HIPstr, the Early-Stage Investment Arm of HighPost Capital

AUSTIN, Texas--(BUSINESS WIRE)--Caldera + Lab, a premium skincare brand focusing on providing high-performance, clean, and sustainable products for men, today announced it has raised $6 million for its Series A…

**Back to Newsroom** →



# Wish your news had this kind of reach?

**Sign Up** →

**Learn About Business Wire** →

## Company

About Business Wire

Careers

Media Center

## Services

News Release Distribution

News Release Optimization

Investor Communications

Reporting & Analytics

## Solutions

PR Professionals

IR Professionals

Agencies

Public Companies

Explore by Industry

## Newsroom

Industries

Subjects

Languages

## Resources

## Blog

## For Journalists

## Sign Up



© 2025 Business Wire, Inc.

Privacy Policy   Cookie Policy   Copyright   Accessibility Statement   Terms of Use

    

# **EXHIBIT 6**

**After.com Raises $10 Million in Series A Funding Led byHIPstr, the Early-Stage Investment Arm of HighPost Capital, LLC**

# After.com Raises $10 Million in Series A Funding Led by HIPstr, the Early-Stage Investment Arm of HighPost Capital, LLC

**Business Wire**
July 18, 2024 • 4 min read

 

*Pioneering End-of-Life Technology Services Platform Will Use Proceeds to Enter into New Markets, Increase Marketing Efforts, and Further Build Team*

**PROVO, Utah & WEST PALM BEACH, Fla., July 18, 2024**--(BUSINESS WIRE)-- After.com, a world-class online platform that helps families navigate end-of-life services without ever needing to step foot inside a funeral home, today announced it has raised $10 million for its Series A funding round led by HIPstr, the early-stage investment arm of HighPost Capital, LLC ("HighPost"), a leading private investment firm focused on visionary companies at the forefront of consumer behavior and innovative product, service, media and technology sectors. After.com intends to use the proceeds to enter new markets, add talent throughout the organization, and further enhance its marketing efforts to support both the pre-need and at-need business segments.

Founded in 2020, After.com provides an internet-focused experience helping families to pre-plan or arrange cremation and funeral services in minutes with simple, affordable, and transparent pricing. The company's mission is to help shift the power to families experiencing the loss of a loved one while also saving them

time, money, and energy to focus on what matters most. After.com currently serves customers in Arizona, Southern California, Colorado, Oregon, Utah, and Washington.

According to Spherical Insights, the United States death care market size was valued at $27 billion in 2022, growing at a compound annual growth rate (CAGR) of 4.1% and is expected to reach $41 billion by 2032.

"After.com was started with a simple premise: to provide families experiencing loss with the ability to focus on what matters most during their difficult moments—celebrating the life of a loved one," said Bryce Bunker, Co-Founder of After.com. "The current after life care industry is designed to add unnecessary costs, complexity, and stress, the exact opposite of what it should be. After.com's technology-enabled platform has been developed and refined to allow those who are grieving to have an affordable, transparent, and seamless experience. We are proud to be working with the team at HIPstr, who shares our vision for what is possible and brings significant strategic capital and deep expertise in scaling consumer-focused companies."

David Moross, Chairman and Chief Executive Officer of HighPost, said, "We are excited to make this investment with After.com, a business that operates with the utmost amount of respect and care for the families in its care while also saving them substantial time and money. We look forward to partnering with Bryce and the rest of his team to support the company's growth objectives."

Story Continues

💬 View Comments

Terms and Privacy Policy   Privacy Dashboard

# Recommended Stories



**yahoo!finance**

Copyright © 2025
Yahoo. All rights
reserved.

 

**What's trending**

Dow Jones

S&P 500

DAX Index

Nvidia

Tesla

DJT

Tariffs

**Explore more**

Mortgages

Credit Cards

Sectors

Crypto Heatmap

Financial News

**About**

Data Disclaimer

Help

Feedback

Sitemap

Licensing

What's New

About Our Ads

Premium Plans

# **EXHIBIT 7**

**End-of-Life Services Company After.com Secures $10M**

**(https://hospicenews.com/2024/07/30/end-of-life-services-company-after-com-secures-10m-in-series-a-round/)**

# **EXHIBIT 7**



EVENTS        REPORTS        AWARDS
PALLIATIVE CARE NEWS        ADVERTISING

SUBSCRIBE    |    SEARCH      

Hospice News        Finance    Operations    Regulation    Technology



Hospice News
Hospice-Meets-Hospital
Download your complimentary white paper from Hospice News and discover the challenges and opportunities in hospital-to-hospice relationships, care coordination, including insights into patient discharge disparities and palliative care continuity.

DOWNLOAD NOW



FINANCE

# End-of-Life Services Company After.com Secures $10M

By continuing to use the site, you agree to the use of cookies. more information    ACCEPT

  

EVENTS        REPORTS        AWARDS                    SUBSCRIBE
PALLIATIVE CARE NEWS        ADVERTISING

 **Hospice News**        Finance    Operations    Regulation    Technology

By **Jim Parker** | July 30, 2024

📷  pixabay

**Share**







After.com has brought in $10 million through a Series A funding round.

The company's online platform is designed to help families navigate the tasks that follow a loved one's death without a need for visiting a funeral home. HIPstr, the early stage investment arm of HighPost Capital, led the round.

"We are excited to make this investment with After.com, a business that operates with the utmost amount of respect and care for the families in its care while also saving them substantial time and money," David Moross, chairman and CEO of HighPost said in a statement. "We look forward to partnering with [After.com co-founder Bryce Bunker] and the rest of his team to support the company's growth objectives."

updates and breaking news from Hospice News

SUBSCRIBE ▶

## Related Stories


SPONSORED BY:

Hospice News
ELEVAT
HOSPICE & PALLIATIVE C
CONFERENC

Join us April 10 – 11 in Orlando for an opportunity to immerse yourself in the insig strategies and innovations that will define t future of compassionate care.

LEARN MORE

DATA

**National Health Expenditures to Reach $8.6 Trillion by 2033**

June 25, 2025



M&A

By continuing to use the site, you agree to the use of cookies. more information

  

EVENTS          REPORTS          AWARDS
PALLIATIVE CARE NEWS    ADVERTISING                    SUBSCRIBE

## Hospice News

Finance    Operations    Regulation    Technology



**M&A**

### h/care Acquires American Premier Home Health

June 25, 2025

After.com plans to deploy the funds to support further hiring, expansion to new markets and enhance its marketing efforts to build out its pre-need and at-need business segments.

The infusion of capital adds to funds previously secured through a $1 million pre-seed round and a $4 million seed round that took place last year.

The company launched in 2020. Its platform allows families to pre-plan or arrange cremation and funeral services via the internet.

SPONSORED BY:



Palliative Care News puts you in of our targeted audience of decisi makers and industry leaders. **Download our media kit and ge started with us today.**

LEARN MORE

By continuing to use the site, you agree to the use of cookies. more information

End-of-Life Services Company After.com Secures $10m in Series A Round - Hospice News

EVENTS    REPORTS    AWARDS
PALLIATIVE CARE NEWS    ADVERTISING    SUBSCRIBE






## Hospice News

Finance    Operations    Regulation    Technology

hospital-to-hospice relationships, care coordination, including insights into patient discharge disparities and palliative care continuity.

DOWNLOAD NOW

Delivering original news & content for palliative care professionals, executives & inve

SUBSCRIBE NOW

First established in Arizona, After.com now also operates in southern California, Colorado, Oregon, Utah and Washington state.

"The current after-life care industry is designed to add unnecessary costs, complexity and stress, the exact opposite of what it should be," Bunker said in a statement. "After.com's technology-enabled platform has been developed and refined to allow those who are grieving to have an affordable, transparent and seamless experience."

---

**Companies featured in this article:**

After.com, HighPost Capital, HIPstr

By continuing to use the site, you agree to the use of cookies. more information

  



**Finance**    **Operations**    **Regulation**    **Technology**

---



### Jim Parker

Jim Parker, senior editor of
Hospice News and Palliative
Care News, is a subculture of
one. Swashbuckling feats of
high adventure bring a joyful
tear to his salty eye. A Chicago-
based journalist who has
covered health care and public
interests include fire

By continuing to use the site, you agree to the use of cookies. more information

Case 2:24-cv-01207-JCM-EJY   Document 98-7   Filed 06/27/25   Page 51 of 55
End-of-Life Services Company After.com Secures $10M in Series A Round - Hospice News






Hospice News

Finance    Operations    Regulation    Technology



## ABOUT

About

Contact

Companies

Advertising

Palliative
Care News

Podcast

## LEGAL

Terms of
Service

Privacy
Policy

Cookie Policy

### FOLLOW US






Hospice News

Hospice News is the leading
source for news and information
covering the hospice industry.
Hospice News is part of the
Aging Media Network.

© Hospice News 2025. All rights
reserved.

By continuing to use the site, you agree to the use of cookies. more information

# **EXHIBIT 8**

# **EXHIBIT 8**



Follow

# After.com
@Afterdotcom

Shifting the power from funeral homes to families—saving them time, money, and energy for what matters most.

🗄 Funeral & Cemeteries Services   🔗 after.com
🗓 Joined December 2021

**7** Following   **21** Followers

Not followed by anyone you're following

**Posts**        Replies        Media

---

📌 Pinned



**After.com** @Afterdotcom · Aug 10, 2024
Welp. Guess the cats out of the bag- With the help of our Partners @TEN13vc, #HighPostCapital, @MatchstickVC, @FjLabs, #RaineGroup, and #RiseOfTheRest we have been able to raise $10 Million for our Series A.

Here's to changing the way people do funerals 🥂



# **EXHIBIT 9**

# **EXHIBIT 9**



# After.com

2.9K followers · 0 following

[Contact us] [Message] [Follow]

Posts  About  Mentions  Reviews  Followers  Photos  More ▾   [...]

## Intro

Providing simplicity and peace of mind when you need it most. After.com cremations and prearrangemen

ⓘ **Page** · Funeral Service & Cemetery

ⓐ AFTER SERVICES, INC.
is responsible for this Page

📍 Mesa, AZ · Provo, UT · Phoenix, AZ · Salt Lake City, UT

📞 (844) 905-2639

✉ info@after.com

🌐 after.com

★ Not yet rated (2 Reviews) ⓘ

## Photos

See all photos

## Posts

[Filters]

Ⓐ After.com updated their cover photo.
August 22, 2023 · ⊙



😊❤️ 35                    38 comments  5 shares

👍 Like          💬 Comment          ↗ Share

View more comments